**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

**JOHN O. AND SHARON K. CRISPIN,**

    Debtors.

_____/

**TIMOTHY J. MILLER, TRUSTEE,**

Plaintiff,

v.

**KEN WRIGHT and**
**DIANE R. (PAYNE) WRIGHT,**

Defendants.

_____/

In Bankruptcy

Chapter 7
Case No. 10-49725-MBM

Hon. Marci B. McIvor

Adv. P. No. 10-07551-MBM
Hon. Marci B. McIvor

## DEFAULT JUDGMENT

THIS MATTER having come before the court on Plaintiff's Application for Entry of Default Judgment, Plaintiff having certified that neither Defendant is subject to the Servicemember's Relief Act,

IT IS HEREBY ORDERED that JUDGMENT is entered against Defendants and in favor of the Trustee. The transfer of Debtor Sharon K. Crispin's 2/3 interest in property with the following legal description is VOID:

All of the Northeast Quarter of the Northeast Quarter (except that part lying in Little River), containing 28 acres, in Section 16 Township 20 North of Range 12 East; also, all of Lot 1 of the Northwest Quarter of Section 16 in Township 20, North of Range 12 East; also, a part of the East half of Section 16, in Township 20 North of Range 12 East, lying East of the ditch and in Little River overflow, all in Pemiscot County, Missouri, and described by metes and bounds as follows: Beginning at the fractional corner of Section 9 and 16, in Township 20 North, of Range 12 East, on the left bank of Little River and run U.S. meander line as follows; South 30 degrees East 990 feet; thence South 4 degrees West 479 feet U.S. meander; thence West 60 feet to the East bank of ditch #66; thence along said ditch bank as follows; North 3 degrees West 213 feet; thence North 17 ½ degrees West 316 feet; thence North 31 1/4 degrees West 961 feet; thence East 195 feet to fractional corner, point of beginning containing 4.7 acres according to survey of Chas S. Reynolds. All of the above described land in Section Sixteen (16) in Township Twenty (20) North of Range Twelve (12) East Pemiscot County, Missouri. Subject to public road rights of or less.

Recorded at Book 792, Page 61, Pemiscot County Records.

IT IS FURTHER ORDERED that JUDGMENT against Defendants and in Plaintiff's favor is entered in the amount of the value of the transferred property or $52,668.00.

Signed on January 24, 2011

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge