| | |
|---|---|
| In re: JOHN O. AND SHARON K. CRISPIN | Case No. 10-49725-MBM |
| | Chapter 7 |
| | Judge: Hon. Marci B. McIvor |
| Debtors, _____/ | |
| TIMOTH J. MILLER, TRUSTEE., | Adversary No.10-07551-MBM |
| Plaintiff, | |
| KEN WRIGHT and DIANE R. (PAYNE) WRIGHT, | |
| Defendants, _____/ | |

## ORDER TO REOPEN ADVERSARY PROCEEDING CASE TO SET ASIDE DEFAULT JUDGMENT

**AND NOW**, this 10th day of June, 2011, upon consideration of the defendants' motion to reopen adversary proceeding case number 10-07551 in order to proceed with their motion to set aside default judgment, it is hereby **ORDERED** that the motion is **GRANTED** and the adversary proceeding case, number 10-07551, is reopened.

.

**Signed on June 13, 2011**

　　　　　　　　　　　　　　　　/s/ Marci B. McIvor
　　　　　　　　　　　　　　　　Marci B. McIvor
　　　　　　　　　　　　　　　　United States Bankruptcy Judge