UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                                    In Bankruptcy

**JOHN O. AND SHARON K. CRISPIN,**                      Chapter 7
                                                                     Case No. 10-49725-MBM
    Debtors.
                                                                     Hon. Marci B. McIvor
_____/

**TIMOTHY J. MILLER, TRUSTEE,**

    Plaintiff,                                               Adv. P. No. 10-07551-MBM
                                                                     Hon. Marci B. McIvor
v.

**KEN WRIGHT and**
**DIANE R. (PAYNE) WRIGHT,**

    Defendants.
_____/

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT

    Kimberly Ross Clayson, a resident of Wayne County in the State of Michigan, being first duly sworn deposes and says as follows:

    1.    I am an attorney with the firm Schneider Miller, P.C., and I represent the Plaintiff Trustee Timothy J. Miller in the present Adversary Proceeding

    2.    On September 10, 2010, I sent a letter via United States Postal Service First Class Mail, postage fully prepaid to Defendants Ken and Diane Wright at their address at 5516 NE Oaks Ridge Drive, Lees Summit Missouri 64064.

    3.    On December 15, 2010, I filed the Complaint in the present Adversary Proceeding via the Court's CM/ECF system.  In compliance with court rule, I also filed a Certificate of Service and sent a copy, via United States Postal Service First Class Mail, postage fully prepaid to Defendants Ken and Diane Wright at their address at 5516 NE Oaks Ridge Drive, Lees Summit Missouri 64064.

    4.    On March 30, 2011, I issued a subpoena to Defendants Ken and Diane Wright.  In compliance with court rule, I also filed a Certificate of Service and sent a copy, via United States Postal Service First Class Mail, postage fully prepaid to Defendants Ken and Diane Wright at their address at 5516 NE Oaks Ridge Drive, Lees Summit Missouri 64064.

5.     On May 5, 2011, I served the Courts Order to Show Cause of the same date on Defendants Ken and Diane Wright via United States Postal Service First Class Mail, postage fully prepaid to Defendants Ken and Diane Wright at their address at 5516 NE Oaks Ridge Drive, Lees Summit Missouri 64064.


DATED: June 16, 2011

/s/ Kimberly Ross Clayson
Kimberly Ross Clayson
Schneider Miller, P.C.
645 Griswold; Suite 3900
Detroit, MI 48226
(313) 237-0850
kclayson@schneidermiller.com


Subscribed and sworn to before me
this 16th day of June, 2011.

/s/E. Joyce Whoolery
E. Joyce Whoolery, NOTARY PUBLIC
Wayne County, Michigan
Commission Expires: 07/15/13