UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

                                                    In Bankruptcy

**JOHN O. AND SHARON K. CRISPIN,**                 Chapter 7
                                                    Case No. 10-49725-MBM
        Debtors.
                                                    Hon. Marci B. McIvor
_____/

**TIMOTHY J. MILLER, TRUSTEE,**

        Plaintiff,                                  Adv. P. No. 10-07551-MBM
                                                    Hon. Marci B. McIvor
v.


**KEN WRIGHT and**
**DIANE R. (PAYNE) WRIGHT ,**

        Defendants.
_____/

## NOTICE OF PROCEDURE FOR ENTRY OF
## ORDER DENYING DEFENDANTS' MOTION
## TO SET ASIDE DEFAULT JUDGMENT

        The Trustee, Timothy J. Miller, provides notice that the attached order will be
submitted for entry pursuant to LBR 9021-1 (a)(4) EDM which states:


**Rule 9021-1 Entry of an Order or Judgment in a Contested Matter or Adversary
Proceeding**

**(a) Procedure for the Entry of an Order or Judgment.** An order or judgment may be
entered by one of the following methods:

**(4)** Unless the court has excused presentment for approval, the prevailing party shall file
a proposed order or judgment with a notice that it will be submitted for entry if written
objections are not filed within 7 days.

Dated:  July 22, 2011

/s/ Anthony J. Miller
Anthony J. Miller (P71505)
Attorney for the Trustee
Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226
313-237-0850
amiller@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

In Bankruptcy

**JOHN O. AND SHARON K. CRISPIN,**

Chapter 7
Case No. 10-49725-MBM

Debtors.

Hon. Marci B. McIvor

_____/

**TIMOTHY J. MILLER, TRUSTEE,**

Plaintiff,

Adv. P. No. 10-07551-MBM
Hon. Marci B. McIvor

v.

**KEN WRIGHT and
DIANE R. (PAYNE) WRIGHT ,**

Defendants.

_____/

**[PROPOSED]
ORDER DENYING DEFENDANTS' MOTION
TO SET ASIDE DEFAULT JUDGMENT**

The Defendants, Ken Wright and Diane R. (Payne) Wright, having filed and served a Motion to Set Aside Default Judgment, and Timothy J. Miller, Trustee, having filed and served a response, and the Court having heard the parties on this matter at a hearing held July 19, 2011,

IT IS HEREBY ORDERED that, for the reasons set forth by the Court at the July 19, 2011 hearing, Defendants' Motion to Set Aside Default Judgment is denied.