UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN O. AND SHARON K. CRISPIN,** | In Bankruptcy |
| Debtors. | Chapter 7<br>Case No. 10-49725-MBM |
| _____/ | Hon. Marci B. McIvor |
| **TIMOTHY J. MILLER, TRUSTEE,** | |
| Plaintiff, | Adv. P. No. 10-07551-MBM<br>Hon. Marci B. McIvor |
| v. | |
| **KEN WRIGHT and<br>DIANE R. (PAYNE) WRIGHT ,** | |
| Defendants. | |
| _____/ | |

### ORDER DENYING DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT

The Defendants, Ken Wright and Diane R. (Payne) Wright, having filed and served a Motion to Set Aside Default Judgment, and Timothy J. Miller, Trustee, having filed and served a response, and the Court having heard the parties on this matter at a hearing held July 19, 2011,

IT IS HEREBY ORDERED that, for the reasons set forth by the Court at the July 19, 2011 hearing, Defendants' Motion to Set Aside Default Judgment is denied.

.

**Signed on August 01, 2011**

                                         /s/ Marci B. McIvor
                                         Marci B. McIvor
                                         United States Bankruptcy Judge