UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re

John O. Crispin,

Case No. 2:11–cv–14005–NGE–MJH

Hon. Nancy G. Edmunds

Magistrate Judge  Michael J. Hluchaniuk

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 9/14/2011 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 10–49725.

The adversary proceeding number is 10–07551.

Dated:   September 14, 2011

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
Deputy Clerk