# United States Bankruptcy Court

__EASTERN__ DISTRICT OF __MICHIGAN__

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

In Re: **Crispin, John O. and Sharon K., Debtors.**

In Bankruptcy
Chapter 7
Case No. 10-49725-MBM
Hon. Marci B. McIvor

/

**Timothy J. Miller, Trustee,**
    Plaintiff,
**vs.**

**Ken Wright and Diane R. (Payne) Wright,**
    Defendants.

Adv. P. No. 10-07551-MBM
Hon. Marci B. McIvor

/

To: **Ryan B. Moran, Esq.**
**25600 Woodward Ave., Suite 201**
**Royal Oak, MI 48067**

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):
**Bank account records for all accounts held in 2010 and YTD; and 2008, 2009 and 2010 tax returns.**
**No appearance is necessary, provided we receive these documents by the date and time stated below.**

| PLACE<br>**Law Offices of Schneider Miller, P.C.**<br>**Penobscot Building, Suite 3900**<br>**645 Griswold Street**<br>**Detroit, MI 48226-4251** | DATE AND TIME<br>**October 3, 2011, 10:00 a.m.** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at date and time specified.

| PREMISES | DATE AND TIME |
|---|---|

Any subpoenaed organization not a party to this proceeding shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed. R. Civ. P. 30(b)(6) made applicable to this proceeding by Rule 7030, Fed. R. Bankr. P. See Rules 1018 and 9014, Fed. R. Bankr. P.

| ISSUING OFFICER SIGNATURE AND TITLE<br>**/s/Kimberly Ross Clayson (P69804), Attorney for Trustee/Plaintiff** | DATE<br>**September 19, 2011** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Timothy J. Miller, Trustee, 64541 Van Dyke, Suite 101-B, Washington, MI 48095, 586-281-3764

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>**JOHN O. AND SHARON K. CRISPIN,**<br>　Debtors.<br>_____/<br><br>**TIMOTHY J. MILLER, TRUSTEE,**<br>　　Plaintiff,<br>v.<br><br>**KEN WRIGHT and**<br>**DIANE R. (PAYNE) WRIGHT,**<br>　　Defendants.<br>_____/ | In Bankruptcy<br><br>Chapter 7<br>Case No. 10-49725-MBM<br><br>Hon. Marci B. McIvor<br><br><br><br>Adv. P. No. 10-07551-MBM<br>Hon. Marci B. McIvor |

## CERTIFICATE OF SERVICE

Re:　Subpoena and Certificate of Service

I hereby certify that, on this 19th day of September, 2011, I electronically filed the foregoing Subpoena with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

Also, I hereby certify that, on this 19th day of September, 2011, an employee of Schneider Miller, P.C. served the foregoing Subpoena upon Defendants' attorney via United States Postal Service, First-Class mail, postage fully prepaid, as follows:

　　　　　　　　　　　　　　　Ryan B. Moran, Esq.
　　　　　　　　　　　　　　　25600 Woodward Avenue
　　　　　　　　　　　　　　　Suite 201
　　　　　　　　　　　　　　　Royal Oak, MI 48067

Dated: September 19, 2011　　　　/s/Kimberly Ross Clayson_____
　　　　　　　　　　　　　　　Kimberly Ross Clayson (P69804)
　　　　　　　　　　　　　　　Schneider Miller, PC
　　　　　　　　　　　　　　　Attorneys for Trustee/Plaintiff
　　　　　　　　　　　　　　　645 Griswold, Suite 3900
　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　313-237-0850
　　　　　　　　　　　　　　　kclayson@schneidermiller.com