Approved, SCAO

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>Adv. Pro. No. 10-07551-MBM |
|---|---|---|

**Court address**
United States Bankruptcy Court, Eastern District of MI, 211 W. Fort St., Detroit, MI 48226

**Court telephone no.** (313) 234-0068

**Plaintiff name, address, and telephone no. (judgment creditor)**
Timothy J. Miller, Chapter 7 Bankruptcy Trustee
64541 Van Dyke, Suite 101-B
Washington Twp., MI 48095
586-281-3764

v

**Defendant name, address, and telephone no. (judgment debtor)**
Kenneth D. Wright and Diane R. Wright
5516 NE Oaks Ridge Lane
Lees Summit, MO 64064-1385

**Plaintiff's attorney, bar no., address, and telephone no.**
Kimberly Ross Clayson, P69804, Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226
313-237-0850

**Garnishee name and address**
Bank of the West
180 Montgomery Street
San Francisco, CA 94104

FILED 2011 OCT 28

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on __10/19/11__ and received by garnishee on __10/25/11__.
   - [X] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____
   - [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:

**Nonperiodic Garnishments**
- [X] a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _see only - no funds_
- [ ] b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

Description of property, money, negotiable instruments, etc. under garnishee's control  Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
- [ ] c. Withholding is exempt because _____ State the exemption and legal authority

**Periodic Garnishments**
- [ ] d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
  Reason: [ ] not employed.  [ ] other _____
- [ ] e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
  Payments are for [ ] earnings. [ ] nonearnings _____ Specify nature of payment (see instructions on other side)
  Payments are made [ ] weekly. [ ] biweekly. [ ] semimonthly. [ ] monthly. [ ] other: _____ frequency of payment

A higher priority writ/order [ ] is [ ] is not currently in effect. If a higher priority writ/order is in effect, complete the following.

Name of court that issued higher priority writ/order | Case number | Date issued | Date served

Withholding under this writ
- [ ] will begin immediately if sufficient funds are available.
- [ ] will not begin immediately because defendant is [ ] laid off. [ ] sick. [ ] on leave. [ ] other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date _____   Garnishee/Agent/Attorney signature

**I certify that:**
on __10/26/11__ I mailed or personally delivered the original of this disclosure to the court.
on __10/26/11__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __10/26/11__ I mailed or personally delivered a copy of this disclosure to the defendant.

OCT 26 2011
Date   Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure.** See item 3 of the instructions for details.

MC 14 (5/09) **GARNISHEE DISCLOSURE**   15 USC 1672, 15 USC 1673, MCR 3.101